UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NKEBA A. JACKSON,

                              Plaintiff,                        20 Civ. 1259 (PAE)

            -v-

                                                                     ORDER

CRETE CARRIER CORP., et al.,

                            Defendants.

PAUL A. ENGELMAYER, District Judge:

On February 13, 2020, the Court scheduled an initial pretrial conference in this matter. Dkt. 4. In that order, the parties were instructed to submit a proposed case management plan and a joint letter in advance of the conference. *See id.* at 2. On March 13, 2020, the Court adjourned the deadline for those submissions to April 30, 2020. Dkt. 5. The parties have failed to timely submit the required documents. The parties are directed to do so by 9 a.m. tomorrow, May 5, or promptly seek an adjournment of the initial pretrial conference.

SO ORDERED.

                                                             PAUL A. ENGELMAYER
                                                             United States District Judge

Dated: May 4, 2020
          New York, New York