**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
NKEBA A. JACKSON,                      :
                                       :
       Plaintiff,              :        20-CV-1259 (OTW)
                                       :
       -against-              :        **ORDER**
                                       :
CRETE CARRIER CORP., et al.,           :
                                       :
       Defendants.             :
                                       :
---------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

Parties were directed to submit a joint status letter by January 19, 2021. (ECF 21). The letter must be submitted by close of business on January 29, 2021.

      **SO ORDERED.**

                                                                                  _s/ Ona T. Wang_

Dated: January 27, 2021                                             **Ona T. Wang**
      New York, New York                             United States Magistrate Judge