**MEMO ENDORSED**

# TRAUB LIEBERMAN

Mid-Westchester Executive Park  |  7 Skyline Drive  |  Hawthorne, NY 10532
DIRECT (914) 586-7047  |  MAIN (914) 347-2600  |  FAX (914) 347-8898

Lisa M. Rolle  |  Partner  |  lrolle@tlsslaw.com

January 27, 2022

**VIA ECF**

Magistrate Ona T. Wang
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

|  | Re: | Matter | : | *Nkeba Jackson v. Crete Carrier Corp., et al.* |
|---|---|---|---|---|
|  |  | Docket No. | : | 20-cv-1259 |
|  |  | TLSS File No. | : | 492.0017 |

Dear Magistrate Wang:

We are in receipt of the Court's Order of today's date scheduling a conference by April 27, 2022. We are respectfully requesting a brief adjournment of the conference to the first week of May because I will be traveling on business the week of April 25.

We thank the court for its courtesy in this regard.

Respectfully submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

*Lisa M. Rolle*

Lisa M. Rolle, Esq.

cc: **BRANDON J. BRODERICK, LLP**
    800 Third Avenue, 28th Floor
    New York, New York 10022

---

**SO ORDERED:**

Application **GRANTED**.
The in person status conference will be held on **May 4, 2022 at 11:30 a.m.**

_____
Ona T. Wang                    2/9/22
United States Magistrate Judge

---

NEW YORK
NEW JERSEY
ILLINOIS
FLORIDA
CONNECTICUT
CALIFORNIA

www.traublieberman.com