**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
NKEBA A. JACKSON,

        Plaintiff,

        -against-

CRETE CARRIER CORP., et al.,

        Defendants.

------------------------------------------------------------x

20-CV-1259 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 64. Plaintiff's request to amend the Court's May 4, 2022 Order to allow Plaintiff to file a dispositive motion is **DENIED**. *See* ECF 57.

Defendant's request to extend the fact discovery deadline to August 19, 2022 is **GRANTED** for the sole purpose of conducting the deposition of Plaintiff's physician, Dr. Waldman.

The parties shall file a joint status letter by **August 19, 2022**.

**SO ORDERED.**

Dated: July 21, 2022
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge