**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
NKEBA A. JACKSON,                                           :
                                                            :
                Plaintiff,                                  :        20-CV-1259 (OTW)
                                                            :
        -against-                                           :        ORDER
                                                            :
CRETE CARRIER CORP., et al.,                                :
                                                            :
                Defendants.                                 :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the rulings made on the record at the September 23, 2022 pre-trial conference, counsel are directed to meet and confer on whether the Court may take judicial notice of certain facts under Fed. R. Evid. 201, particularly GPS location information, corresponding Google map information, and designated New York City truck routes. For any facts which the parties agree fall under Fed. R. Evid. 201, the parties are directed to stipulate to them to the greatest extent possible. The parties shall file a stipulation of facts by **5:00 p.m. on Monday, September 26, 2022.** This proposed stipulation shall include the other proposed fact stipulations that were discussed at the pretrial conferences on September 21 and September 23, 2022.

If the parties disagree on whether the Court may take judicial notice of GPS location information, corresponding Google map information, and designated New York City truck routes, they are directed to file their cross-motions concerning judicial notice of those facts by **12:00 p.m. on Tuesday, September 27, 2022.**

The parties shall provide two hard copy binders of the stipulated hard copy exhibits to the Court by **5:00 p.m. on Tuesday, September 27, 2022.** If the parties wish to provide hard copy binders of the stipulated exhibits for the jury, they shall also deliver them to the Court by **5:00 p.m. on Tuesday, September 27, 2022.**

**SO ORDERED.**

Dated: September 23, 2022
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge