**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
NKEBA JACKSON,

                Plaintiff,                      20 **CIVIL** 1259 (OTW)

      -against-                                **JUDGMENT**

CRETE CARRIER CORP. and MICHAEL GARNER,

                Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That after a Jury Trial before the Honorable Ona T. Wang, United States Magistrate Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:**  New York, New York
              December 1, 2022

                                                      **RUBY J. KRAJICK**
                                                           Clerk of Court

**So Ordered:**
                                              **BY:**     K. Mango

              **USMJ**                                                             **Deputy Clerk**